IN THE UNITED STATES DISTRICT COURT FOR **FILED**

THE WESTERN DISTRICT OF OKLAHOMA MAR 0 3 2015

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY



ALFRED C. DUCKETT, DMA, )
)
       Plaintiff, )
)
vs. )     No. CIV-13-312-W
)
CINDY ROSS et al., )
)
      Defendants. )

## ORDER

Upon review of the record, the Court

(1) VACATES the stay entered in this matter on November 26, 2014, see Doc. 59;

(2) GRANTS the Unopposed Motion for Voluntary Dismissal Without Prejudice [Doc.

60] filed on March 2, 2015, by plaintiff Alfred C. Duckett, DMA; and

(3) DISMISSES this matter without prejudice.

ENTERED this 3d day of March, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE